UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Katelin A. Morales, Esq.

POTTER ANDERSON & CORROON LLP

1313 N. Market Street, 6th Floor

Wilmington, Delaware 19801

Telephone: (302) 984-6000

Email: kmorales@potteranderson.com

Counsel for Elias Alper

| | |
|---|---|
| In Re:<br>James M White, Kelly R White | Case No.: __26-17267 ABA__<br><br>Chapter: __13__<br><br>Judge: Andrew B. Altenburg, Jr. |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of _____Elias Alper_____. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:  POTTER ANDERSON & CORROON LLP
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒  All documents and pleadings of any nature.

Date: _7/14/2026_____

/s/ Katelin A. Morales_____
Signature

*new.8/1/15*