Form 132 − 13sum

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  26−17267−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

James M White                                    Kelly R White
9 Demarco Court                                  9 Demarco Court
Hammonton, NJ 08037                              Hammonton, NJ 08037

Social Security No.:
xxx−xx−3248                                      xxx−xx−9453

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:              8/26/26
Time:              10:00 AM
Location:          Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street,
Camden, NJ 08101−2067

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: July 14, 2026
JAN: lgr

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:                                                            Case No. 26-17267-ABA

James M White                                      Chapter 13

Kelly R White

        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1                             User: admin                                  Page 1 of 2

Date Rcvd: Jul 14, 2026                      Form ID: 132                              Total Noticed: 25

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James M White, Kelly R White, 9 Demarco Court, Hammonton, NJ 08037-2115 |
| cr | + | Wells Fargo Bank, N.A., Home Equity Group - Collections Foreclos, P.O. Box 2248, Jacksonville, FL 32203-2248 |
| 521263391 | | CLAYMAN LAW LLC, 1814 EAST ROUTE 70 350, Cherry Hill, NJ 08003 |
| 521291228 | + | Clerk, US District Court, 75 Ted Turner Dr Sw, Atlanta, GA 30303-3318 |
| 521263393 | + | Elias Alper, 230 NE 4th Street Apt 1605, Miami, FL 33132-2362 |
| 521263394 | | Hammonton Munic Utilities, 100 Pleasant Mills Rd, Hammonton, NJ 08037 |
| 521263396 | + | Katelin A. Morales, Esq., POTTER ANDERSON & CORROON LLP, 1313 N. Market Street, 6th Floor, Wilmington, DE 19801-6108 |
| 521263400 | + | Ocean County College Foundation, 20 Brace Road Suite 205, Cherry Hill, NJ 08034-2634 |
| 521274666 | + | Ocean County College Foundation, c/o Sklar Law LLC, 1020 Laurel Oak Road, Suite 203, Voorhees, NJ 08043-3518 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 14 2026 21:45:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 14 2026 21:45:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 521263388 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jul 14 2026 21:51:15 | AFFIRM INC, 650 CALIFORNIA ST FL 12, SAN FRANCISCO, CA 94108-2716 |
| 521263389 | + | Email/Text: bk@avant.com | Jul 14 2026 21:45:00 | AVANT LLC/WEB BANK, 222 W MERCHANDISE MART P, CHICAGO, IL 60654-1103 |
| 521263390 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Jul 14 2026 21:45:00 | CB Indigo, Po Box 4499, Beaverton, OR 97076-4499 |
| 521263392 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 14 2026 21:51:01 | Credit One, Po Box 98875, Las Vegas, NV 89193-8875 |
| 521263395 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 14 2026 21:44:00 | Internal Revenue Service, Po Box 7346, Philadelphia, PA 19101-7346 |
| 521263397 | | Email/Text: customerservice.us@klarna.com | Jul 14 2026 21:43:00 | Klarna, Inc., PO Box 8116 Fl 300, Columbus, OH 43201 |
| 521263398 | ^ | MEBN | Jul 14 2026 21:40:57 | KML Law Group, 701 Market St Ste 5000, Philadelphia, PA 19106-1541 |
| 521263399 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jul 14 2026 21:44:00 | NJ E-Z Pass, Po Box 4971, Trenton, NJ 08650-4971 |
| 521263401 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 14 2026 21:50:58 | OLLO Card Services, PO Box 9222, Old Bethpage, NY 11804-9222 |
| 521263402 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

District/off: 0312-1 | User: admin | Page 2 of 2
Date Rcvd: Jul 14, 2026 | Form ID: 132 | Total Noticed: 25

| | | Jul 14 2026 21:51:03 | Resurgent/LVNV Funding, Po Box 10587, Greenville, SC 29603-0587 |
|---|---|---|---|
| 521263404 | Email/Text: Recovery_Operations@shopify.com | Jul 14 2026 21:43:00 | Shopify, 33 New Montgomery Street Suite 750, San Francisco, CA 94105 |
| 521263403 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 14 2026 21:45:00 | Select Portfolio Servicing, Attn Bankruptcy Department, Po Box 65250, Salt Lake Cty, UT 84165-0250 |
| 521263405 | + Email/Text: GenesisFS@ebn.phinsolutions.com | Jul 14 2026 21:45:00 | TBOM/Milestone, PO Box 4499, Beaverton, OR 97076-4499 |
| 521263406 | + Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Jul 14 2026 21:51:00 | Wells Fargo, PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 16

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2026          Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew L. Spivack | on behalf of Creditor Wells Fargo Bank  N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Eric J Clayman | on behalf of Debtor James M White Eric@Clayman-Law.com  CLAYMANLAWLLC@jubileebk.net |
| Eric J Clayman | on behalf of Joint Debtor Kelly R White Eric@Clayman-Law.com  CLAYMANLAWLLC@jubileebk.net |
| Matthew K. Fissel | on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3 bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6