UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Eric J Clayman, Esquire
Clayman Law LLC
1814 East Route 70, Suite 350
Cherry Hill, NJ, 08003
856-777-5877
Eric@Clayman-Law.com
Attorney for Debtor

In Re:

White, James M; White, Kelly R

Case No.: 26-17267

Chapter: 13

Adv. No.: ____

Hearing Date: 9/8/2026

Judge: \ndrew B. Altenburg Jı

## CERTIFICATION OF SERVICE

1. I, Kristin L. Thomas :

☐ represent ____________ in this matter.

☒ am the secretary/paralegal for Eric J. Clayman, who represents ____________ in this matter.

☐ am the ____________ in this case and am representing myself.

2. On 8/18/2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
Notice of Motion to Permit Scheduling of §341(a) Hearing, Attorney's Certification in Support of Motion to Permit Scheduling of §341(a) Hearing, Order to Permit Scheduling of §341(a) Hearing

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 8/18/2026

/s/ Kristin L. Thomas
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Officer, Managing, Or General Agent<br>Ocean County College Foundation<br>c/o Sklar Law LLC<br>1020 Laurel Oak Road, Suite 203<br>Voorhees, NJ 08043 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Managing, Or General Agent<br>Quantum3 Group LLC as agent for<br>Concora Credit Inc.<br>PO Box 788<br>Kirkland, WA 98083-0788 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Managing, Or General Agent<br>LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Managing, Or General Agent<br>New Jersey Turnpike Authority<br>Ramon de la Cruz, NJ Turnpike Authority<br>1 Turnpike Plaza, P.O Box 5042<br>Woodbridge, NJ 07095 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Managing, Or General Agent<br>Internal Revenue Service<br>Po Box 7346<br>Philadelphia, PA 19101 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Officer, Managing, Or General Agent<br>Jefferson Capital Systems, LLC<br>PO BOX 7999<br>SAINT CLOUD, MN 56302-9617 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Managing, Or General Agent<br>National Collegiate Student Loan Trust 2005-2<br>Po Box 4275<br>Norcross, GA 30091 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Managing, Or General Agent<br>National Collegiate Student Loan Trust 2005-3<br>Po Box 4275<br>Norcross, GA 30091 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Managing, Or General Agent<br>MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Managing, Or General Agent<br>Wells Fargo Bank, N.A.<br>MAC# N9286-01Y<br>P.O. Box 1629<br>Minneapolis, MN 55440-9790 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Officer, Managing, Or General Agent<br>AFFIRM INC<br>650 CALIFORNIA ST FL 12<br>SAN FRANCISCO, CA 94108 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Managing, Or General Agent<br>AVANT LLC/WEB BANK<br>222 W MERCHANDISE MART P<br>CHICAGO, IL 60654 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Managing, Or General Agent<br>CB Indigo<br>Po Box 4499<br>Beaverton, OR 97076-4499 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Managing, Or General Agent<br>Clerk, US District Court<br>75 Ted Turner Dr Sw<br>Atlanta, GA 30303-3315 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Managing, Or General Agent<br>Credit One<br>Po Box 98875<br>Las Vegas, NV 89193-8873 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Officer, Managing, Or General Agent<br>Elias Alper<br>230 NE 4th Street Apt 1605<br>Miami, FL 33132 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Managing, Or General Agent<br>Hammonton Munic Utilities<br>100 Pleasant Mills Rd<br>Hammonton, NJ 08037 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Managing, Or General Agent<br>Internal Revenue Service<br>Po Box 7346<br>Philadelphia, PA 19101 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Managing, Or General Agent<br>Katelin A. Morales, Esq.<br>POTTER ANDERSON & CORROON LLP<br>1313 N. Market Street, 6th Floor<br>Wilmington, DE 19801 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Managing, Or General Agent<br>Klarna, Inc.<br>PO Box 8116 Fl 300<br>Columbus, OH 43201 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Officer, Managing, Or General Agent<br>KML Law Group<br>701 Market St Ste 5000<br>Philadelphia, PA 19106-1541 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Managing, Or General Agent<br>NJ E-Z Pass<br>Po Box 4971<br>Trenton, NJ 08650-4971 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Managing, Or General Agent<br>Ocean County College Foundation<br>20 Brace Road Suite 205<br>Cherry Hill, NJ 08034 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Managing, Or General Agent<br>OLLO Card Services<br>PO Box 9222<br>Old Bethpage, NY 11804 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Managing, Or General Agent<br>Resurgent/LVNV Funding<br>Po Box 10587<br>Greenville, SC 29603-0587 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Officer, Managing, Or General Agent<br>Select Portfolio Servicing<br>Attn Bankruptcy Department<br>Po Box 65250<br>Salt Lake City, UT 84165-0250 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Managing, Or General Agent<br>Shopify<br>33 New Montgomery Street Suite 750<br>San Francisco, CA 94105 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Managing, Or General Agent<br>TBOM/Milestone<br>PO Box 4499<br>Beaverton, OR 97076 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Managing, Or General Agent<br>Wells Fargo<br>PO Box 10335<br>Des Moines, IA 50306 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*