Eric J Clayman, Esquire
Clayman Law
1814 East Route 70 Suite 350
Cherry Hill, NJ, 08003
856-777-5877
Eric@Clayman-Law.com
Attorney for Debtor

Order Filed on September 9, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

United States of Bankruptcy Court
District of New Jersey

---

In Re: White, James M; White, Kelly R

Chapter 13
Case Number: 26-17267 (ABA)
Hearing Date: 9/8/2026
Judge: Andrew B. Altenburg Jr.

---

**ORDER TO PERMIT SCHEDULING OF §341(a) HEARING**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: September 9, 2026**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

This matter having come before the Court upon the Motion of Clayman Law LLC, attorney for Debtor upon a Motion to permit scheduling of a §341(a) hearing and for good cause having been shown. it is HEREBY ORDERED:

1. Debtor's Motion is hereby GRANTED.

2. Within ten (10) days of the Order, Debtor shall submit a 341 Adjournment Request Form to the Chapter 13 Trustee.