Eric J Clayman, Esquire
Clayman Law
1814 East Route 70 Suite 350
Cherry Hill, NJ, 08003
856-777-5877
Eric@Clayman-Law.com
Attorney for Debtor

**Order Filed on September 9, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

United States of Bankruptcy Court
District of New Jersey

---

In Re: White, James M; White, Kelly R

Chapter 13
Case Number: 26-17267 (ABA)
Hearing Date: 9/8/2026
Judge: Andrew B. Altenburg Jr.

---

**ORDER TO PERMIT SCHEDULING OF §341(a) HEARING**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: September 9, 2026**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

This matter having come before the Court upon the Motion of Clayman Law LLC, attorney for Debtor upon a Motion to permit scheduling of a §341(a) hearing and for good cause having been shown. it is HEREBY ORDERED:

1. Debtor's Motion is hereby GRANTED.

2. Within ten (10) days of the Order, Debtor shall submit a 341 Adjournment Request Form to the Chapter 13 Trustee.

United States Bankruptcy Court

District of New Jersey

In re:
James M White
Kelly R White
Debtors

Case No. 26-17267-ABA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1 User: admin Page 1 of 2
Date Rcvd: Sep 09, 2026 Form ID: pdf903 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James M White, Kelly R White, 9 Demarco Court, Hammonton, NJ 08037-2115 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew L. Spivack | on behalf of Creditor Wells Fargo Bank N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Eric J Clayman | on behalf of Joint Debtor Kelly R White Eric@Clayman-Law.com CLAYMANLAWLLC@jubileebk.net |
| Eric J Clayman | on behalf of Debtor James M White Eric@Clayman-Law.com CLAYMANLAWLLC@jubileebk.net |
| Katelin A. Morales | on behalf of Interested Party Elias Alper kmorales@potteranderson.com lhuber@potteranderson.com;mdero@potteranderson.com;bankruptcy@potteranderson.com |

| | |
|---|---|
| Matthew K. Fissel | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3 bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7